UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GHAZIR G. LACAYO                                              CIVIL ACTION

VERSUS                                                         NO. 08-4447

STATE OF LOUISIANA, ET AL.                                     SECTION: "M"(1)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection as well as the amended objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

New Orleans, Louisiana, this 5th day of February, 2008.

_____
**UNITED STATES DISTRICT JUDGE**